**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                   **PLAINTIFF**

**v.**                             **Case No. 4:07-CR-00283GTE**

**MARQUIS DEWAYNE JONES**
**aka MARQUIS DENAGLO JONES**
**aka MARCUS JOHNSON**
**aka MONEY MARC**                                                       **DEFENDANT**

## ORDER

Defendant Marquis Dewayne Jones came before the Court today for sentencing. The Court's normal practice is to advise defendants of their right to appeal any sentence imposed at the conclusion of the sentencing hearing. The Court is not certain whether it so notified Defendant at the conclusion of today's hearing. Regardless of whether defense counsel has discussed with Defendant his right to appeal, the Court directs defense counsel to make a copy of this Order available to Defendant.

**Defendant is hereby notified that he has a right to appeal the sentence imposed. If he wishes to appeal his sentence, Defendant must file a Notice of Appeal within the time frame established by Rule 4(b) of the Federal Rules of Appellate Procedure, generally ten (10) days after the entry of the Judgment.**

IT IS SO ORDERED this __28th__ day of July, 2008.

                                                                    /s/Garnett Thomas Eisele
                                                             UNITED STATES DISTRICT JUDGE